# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR10-303-JLR |
| Plaintiff, | |
| v. | SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |
| AUBREY TAYLOR, | |
| Defendant. | |

An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on February 8, 2012. The United States was represented by Assistant United States Attorney Nicholas Brown, and the defendant by Dennis Carroll.

The defendant had been charged with Conspiracy to Distribute and Possession With Intent to Distribute Cocaine Base, i.e., Crack Cocaine, in violation of 21 U.S.C. § 846. On or about February 26, 2007, defendant was sentenced by the Honorable Laurie Smith Camp, in the District of Nebraska to a term of 46 months in custody, to be followed by 5 years of supervised release. Supervision was transferred to the Western District of Washington.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, participation of a substance abuse program, search and financial disclosure.

In a Petition for Warrant or Summons dated July 14, 2010, U.S. Probation Officer Rachel Curry asserted the following violation by defendant of the conditions of his supervised release:

1. Aubrey Taylor is in violation of the Mandatory Condition which states, "The defendant shall not commit another federal, state, or local crime."

   On May 20, 2010, Mr. Taylor committed a crime by driving without a license and he caused a car accident by switching lanes without looking. Upon stopping Mr. Taylor, the reporting officer smelled an aroma of marijuana coming from the car. Mr. Taylor admitted to the use of marijuana a couple hours prior to the accident. After consent to search of the vehicle, a backpack containing an additional amount of marijuana was found. Mr. Taylor was cited and released on the scene. Also, on May 24, 2010, Mr. Taylor admitted to his probation officer that he had been using marijuana on and off since he was released from structured urinalysis testing.

2. Aubrey Taylor is in violation of Standard Condition #2 which states, "The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month."

   On July 9, 2010, Mr. Taylor failed to report to the probation office as instructed. To date, Mr. Taylor has failed to report to the probation office.

3. Aubrey Taylor is in violation of Standard Condition #7 which states, "The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician."

   On May 20, 2010, Mr. Taylor was involved in a traffic accident. Upon stopping Mr. Taylor, the reporting officer smelled an aroma of marijuana coming from the car. Mr. Taylor admitted to the use of marijuana a couple hours prior to the accident. After consent to search of the vehicle, a backpack containing an additional amount of marijuana was found. Mr. Taylor was cited and released on the scene. Also, on May 24, 2010, Mr. Taylor admitted to his probation officer that he had been using marijuana on and off since he was released from structured urinalysis testing. Also, on July 7, 2010, Mr. Taylor submitted a urine sample that tested positive for marijuana.

The defendant was advised of his rights, acknowledged those rights, and admitted to alleged violations 1, 2 and 3.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as to violations 1, 2 and 3 and that the Court conduct a hearing limited to disposition. A disposition hearing on these violations has been set before the Honorable James L. Robart on March 2, 2012 at 10:00 a.m.

Pending a final determination by the Court, the defendant has been detained.

DATED this 9th day of February, 2012.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

cc: District Judge: Honorable James L. Robart
AUSA: Nicholas Brown
Defendant's attorney: Dennis Carroll
Probation officer: Lorraine Bolle